Navigato v. Melone et al., 198 Ill. App. 249.

---

## William A. Navigato for use of Virgilio Cimino, Defendant in Error, v. Allessandro Melone and Angela Melone, Plaintiffs in Error.

### Gen. No. 20,807.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed March 9, 1916.

## Statement of the Case.

Garnishment proceedings by William A. Navigato, for the use of Virgilio Cimino, plaintiff, against Allessandro Melone and Angela Melone, defendants, based on indebtedness of five hundred dollars on the part of Navigato to Cimino, the usee, and an indebtedness of two hundred and fifty dollars for an unpaid real estate commission due from the Melones to Navigato. From a judgment for plaintiff, defendants bring error.

William A. Jennings, for plaintiffs in error.

Brown & Navigato, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

ASSIGNMENTS, § 31*—*when assignee of part of partnership debt may sue alone as plaintiff in garnishment action.* Where a commission for the sale of real estate is due a partnership consisting of two persons, and one partner assigns his interest to the other the latter has the right to sue thereon in his own name in a garnishment action under the Practice Act, sec. 18 (J. & A. ¶ 8555), without joining his partner.